Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
Jamie L. Clark, Esq.
Nevada State Bar No. 16687
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
JamieClark@backuslaw.com
Attorneys for Defendant
*Albertson's LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| LISA SHIRELLE BRANCH, an individual, | ) ) ) | **2:24-cv-01327-GMN-MDC** |
| Plaintiff, | ) ) | |
| vs. | ) ) | **STIPULATION AND ORDER TO EXTEND DISCOVERY (THIRD REQUEST)** |
| ALBERTSON'S LLC, a foreign limited-liability company; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, | ) ) ) ) ) | |
| Defendants. | ) ) | |

In accordance with the Local Rule of Practice for the United States District Court for the District of Nevada ("LR") IA 6-1 and 26-3, Defendant ALBERTSON'S LLC ("Albertson's"), by and through its counsel Jack P. Burden, Esq., Jacquelyn Franco, Esq., and Jamie Clark, Esq. of the law firm of BACKUS | BURDEN, and Plaintiff Lisa Shirelle Branch, by and through her counsel of record Joseph A. Gutierrez, Esq., Danielle A. Tarmu, Esq., and William A. Gonzales, Esq. of the law firm of MAIER GUTIERREZ & ASSOCIATES hereby stipulate and agree to an extension of all remaining discovery deadlines by sixty (60) days. The parties propose the following revised discovery plan. This is the third stipulation to extend discovery.

/ / /

**DISCOVERY COMPLETED TO DATE**

• Plaintiff has served Initial FRCP Disclosures;

• Defendant has served Initial FRCP Disclosures as well as **two** supplements thereto;

• Plaintiff has propounded Requests for Admissions to which Defendant responded;

• Plaintiff has propounded Requests for Production to which the Defendant responded;

• Plaintiff has propounded Interrogatories to which Defendant responded;

• Defendants propounded Interrogatories to which Plaintiff has responded;

• Defendants propounded Requests for Production to which Plaintiff has responded;

• Defendants have served subpoenas duces tecum to twelve treating providers;

• Deposition of Plaintiff on June 12, 2025;

• Defendants have received and supplemented records from four treating providers.

**DISCOVERY TO BE COMPLETED**

• Depositions of Defendant's Employees, scheduled for July 14, 2025, and July 15, 2025;

• Deposition of FRCP 30(b)(6) witness;

• Deposition of fact witnesses;

• Depositions of Plaintiff's medical providers;

• Initial and rebuttal expert disclosures;

• Deposition of expert witnesses;

• Both parties reserve the right to take other depositions as discovery continues.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555    FAX: (702) 872-5545

### REASONS FOR EXTENSION TO COMPLETE DISCOVERY

The parties submit this request in good faith. While both parties intended to complete the discovery described above within the existing discovery period, Plaintiff's counsel was unavailable due to ongoing trial commitments, which prevented the scheduling of Plaintiff's deposition until June 12, 2025. Due to information discovered during Plaintiff's deposition, Defendant would like to conduct a Rule 35 examination. Due to the availability of Defendant's experts, the Rule 35 examination could not be scheduled until the first week of July. This, unfortunately, will not be sufficient time for Defendant's expert to produce both the examination and report within the current Initial Expert Designation timeframe.

Plaintiff has set the depositions of three of Defendant's employees, and the parties are working on topics and dates for the depositions of Defendant's 30(b)(6) corporate witnesses. The extension will enable Plaintiff to conduct these additional depositions before the close of discovery.

The parties agree that a sixty-day extension will enable the completion of any remaining discovery required in preparation for Initial Expert Disclosures and the close of discovery. Accordingly, the parties jointly request a sixty-day extension of the discovery and related deadlines.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

**PROPOSED NEW DISCOVERY DEADLINES**

| Deadline | Current | Proposed |
|---|---|---|
| Amending the Pleadings and Adding Parties: | CLOSED | CLOSED |
| Initial Expert Disclosure: | **July 21, 2025** | **September 19, 2025** |
| Rebuttal Expert Disclosure: | **August 20, 2025** | **October 20, 2025** |
| Discovery Cutoff | **September 18, 2025** | **November 17, 2025** |
| Dispositive Motions | **October 20, 2025** | **December 19, 2025** |
| Pretrial Order | **November 18, 2025** | **January 16, 2026** |

DATED: July 1, 2025                           DATED:  July 1, 2025

BACKUS | BURDEN                               MAIER GUTIERREZ & ASSOCIATES

/s/ Jack P. Burden                            /s/  William A. Gonzles
Jack P. Burden, Esq.                          Joseph A. Gutierrez, Esq.
Nevada State Bar No. 6918                     Nevada State Bar No. 9046
Jacquelyn Franco, Esq.                        Danielle A. Tarmu, Esq.
Nevada State Bar No. 13484                    Nevada State Bar No. 11727
Jamie L. Clark, Esq.                          William A. Gonzales, Esq.
Nevada State Bar No. 16687                    Nevada State Bar No. 15230
3050 South Durango Drive                      8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148                       Las Vegas, Nevada 89117
*Attorneys for Defendant*                     *Attorneys for Plaintiff*
*Albertson's LLC*                             *Lisa Shirelle Branch*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  7-2-25 _____

*From:* Will Gonzales <wag@mgalaw.com>
*Sent:* Tuesday, July 1, 2025 11:15 AM
*To:* Jamie Clark <jamieclark@backuslaw.com>; Yadira Gonzalez <yg@mgalaw.com>
*Cc:* Katri Ching <kching@backuslaw.com>; Jack Burden <jackburden@backuslaw.com>; Anne
Raymundo <anneraymundo@backuslaw.com>; Jacquelyn Franco

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

4

*<jacquelynfranco@backuslaw.com>*
**Subject:** *RE: Branch . Albertson's - Rule 35 Examination*

*You can add my e-signature. Thank you*

**Will A. Gonzales | Associate**
**Maier Gutierrez & Associates**
*8816 Spanish Ridge Avenue*
*Las Vegas, Nevada 89148*
*Tel: 702.629.7900 | Fax: 702.629.7925*
*wag@mgalaw.com | www.mgalaw.com*

**<u>CERTIFICATE OF SERVICE</u>**

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On _____, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/s/_____
An employee of BACKUS | BURDEN

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| JOSEPH A. GUTIERREZ, ESQ.<br>Nevada Bar No. 9046<br>STEPHEN G. CLOUGH, ESQ.<br>Nevada Bar No. 10549<br>WILLIAM A. GONZALES, ESQ.<br>Nevada Bar No. 15230<br>**MAIER GUTIERREZ & ASSOCIATES**<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>T: (702) 629-7900  -  F: (702) 629-7925<br>jag@mgalaw.com; sgc@mgalaw.com;<br>wag@mgalaw.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |