Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada Statu Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant
*Albertson's LLC*

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

LISA SHIRELLE BRANCH, an
individual,

              Plaintiff,

vs.

ALBERTSON'S LLC, a foreign limited-
liability company; DOES I through X,
inclusive; ROE CORPORATIONS I
through X, inclusive,

              Defendants.

2:24-cv-01327-GMN-MDC

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**

Plaintiff **LISA SHIRELLE BRANCH**, by and through her counsel of record Joseph A. Gutierrez, Esq., Danielle A. Tarmu, Esq., and William A. Gonzales, Esq. of the law firm of MAIER GUTIERREZ & ASSOCIATES and Defendant **ALBERTSON'S LLC** by and through its counsel of record, Jack P. Burden, Esq. and Jacquelyn Franco, Esq., of the law firm BACKUS | BURDEN. hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendant hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

It is hereby requested that any pending dates be **VACATED**.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: June 25, 2026
BACKUS | BURDEN

/s/    Jacquelyn Franco
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
3050 South Durango Drive
Las Vegas, Nevada 89148
*Attorneys for Defendant*
*Albertson's LLC*

DATED: 26, 2026
MAIER GUTIERREZ & ASSOCIATES

/s/
Joseph A. Gutierrez, Esq.
Nevada State Bar No. 9046
Danielle A. Tarmu, Esq.
Nevada State Bar No. 11727
William A. Gonzales, Esq.
Nevada State Bar No. 15230
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89117
*Attorneys for Plaintiff*
*Lisa Shirelle Branch*

**ORDER**

IT IS SO ORDERED.

Date this 24 day of June, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**BACKUS | BURDEN**

By
Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquel_nfranco@backuslaw.com
Attorneys for Defendants
*Albertson's LLC*

BACKUS, BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555  FAX: (702) 872-5545

2